**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-22474-CAD |
| | § | |
| THOMAS DELGADO-RIVERA | § | |
| JOVITA DELGADO-RIVERA | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 03/06/2013, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/07/2013           By:  /s/ David P. Leibowitz
                                         (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-22474-CAD |
| | § | |
| THOMAS DELGADO-RIVERA | § | |
| JOVITA DELGADO-RIVERA | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $5,000.00
*and approved disbursements of* $24.67
*leaving a balance on hand of[1]:* $4,975.33

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,975.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,048.11 | $0.00 | $1,048.11 |
| David P. Leibowitz, Trustee Expenses | $1.55 | $0.00 | $1.55 |
| Lakelaw, Attorney for Trustee Fees | $1,087.50 | $0.00 | $1,087.50 |
| Lakelaw, Attorney for Trustee Expenses | $40.30 | $0.00 | $40.30 |

Total to be paid for chapter 7 administrative expenses: $2,177.46
Remaining balance: $2,797.87

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,797.87 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,797.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,987.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | GE Capital Retail Bank/JCPENNEY Credit | $200.82 | $0.00 | $200.82 |
| 2 | GE Capital Retail Bank/ Home Design - Furniture | $1,786.97 | $0.00 | $1,786.97 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $1,987.79 |
| Remaining balance: | $810.08 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |

|  |  |
|---|---|
| Remaining balance: | $810.08 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $810.08 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.21 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $2.54. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $807.54.

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-22474-CAD
Thomas Delgado-Rivera                                                   Chapter 7
Jovita Delgado-Rivera
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez           Page 1 of 4            Date Rcvd: Feb 07, 2013
                              Form ID: pdf006         Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2013.
```
db/jdb       +Thomas Delgado-Rivera,    Jovita Delgado-Rivera,    1630 N. 32nd Avenue,
               Melrose Park, IL 60160-1719
18988109     +American Home Mtg Srv,    Ahmsi / Attention: Bankruptcy,    Po Box 631730,    Irving, TX 75063-0002
18988110     +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
18988111     +Bank Of America,    Po Box 982238,    El Paso, TX 79998-2238
18988115     +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
18988114      Bank of America,    BAC Home Loans Services, LP,    P.O. Box 650070,    Dallas, TX 75265-0070
18988119     +Bank of America/ Countrywide,    PO Box 5170,    Simi Valley, CA 93062-5170
18988120      Best Buy/HSBC Retail Services,    P.O. Box 17298,    Baltimore, MD 21297-1298
18988121      Carson Pirie Scott,    HSBC Retail Services,    PO Box 17264,    Baltimore, MD 21297-1264
18988123     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18988124     +Chase - Cc,    Po Box 15298,    Wilmington, DE 19850-5298
18988125     +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
18988126     +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
18988128     +Childrens Place/Citicorp Credit Services,    Attn.:  Centralized Bankruptcy,    Po Box 20363,
               Kansas City, MO 64195-0363
18988129     +Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,
               Kansas City, MO 64195-0363
18988131     +Codilis & Associates,    15W030 N. Frontage Road,    Burr Ridge, IL 60527-6921
18988134     +Concord SVC,    2295 S. Hiawasse Road,    Ste 305 Office 6,    Orlando, FL 32835-8749
18988135     +Concord SVC,    1404 Sweet Home Road,    Ste 11,    Buffalo, NY 14228-2778
18988137     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
18988139     +Equiant Financial Svcs,    5401 N Pima Rd Ste 150,    Scottsdale, AZ 85250-2630
18988150      Geo Holiday Club,    2550 E. Desert Road,    Suite 141,    Las Vegas, NV 89121
18988151     +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
18988159    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/bsbuy,     Po Box 15519,    Wilmington, DE 19850)
18988158     +HSBC Card Services,    PO Box 80051,    Salinas, CA 93912-0051
18988154      Home Depot Credit Services,    PO Box 182676,    Columbus, OH 43218-2676
18988152      Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
18988153     #Home Depot Credit Services,    PO Box 6926,    The Lakes, NV 88901-6926
18988156     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
18988162     +Hsbc/Menards,    Attn: Bankruptcy Dept,    Po Box 5263,    Carol Stream, IL 60197-5263
18988160     +Hsbc/bsbuy,    Po Box 5253,    Carol Stream, IL 60197-5253
18988161     +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
18988163     +Hsbc/vlcty,    Po Box 5264,    Carol Stream, IL 60197-5264
18988164     +Indymac Bank/Onewest bank,    Attn:Bankruptcy,    2900 Esperanza Crossing,    Austin, TX 78758-3658
18988167     +Lasale Nt Bk/Bank of America,    Attn: Bankruptcy,    135 S. Lasalle St,    Chicago, IL 60603-4177
19927737      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
18988173    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court: Nissn Inf Lt,     Attn: Bankruptcy,    8900 Freeport Parkway,
               Irving, TX 75063)
18988170     +Nbgl Carsons,    Po Box 15521,    Wilmington, DE 19850-5521
18988171     +New Century Mortgage C/Carrington,    Attention: Bankruptcy,    Po Box 54285,
               Irvine, CA 92619-4285
18988172     +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
18988174     +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
18988180      Sears/cbna,    133200 Smith Rd,    Cleveland, OH 44130
18988178     +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
18988182     +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
18988183     +State Farm Financial S,    Po Box 2328,    Bloomington, IL 61702-2328
18988184     +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,
               Minneapolis, MN 55440-9475
18988185     +Tcf Mortgage Corporati,    Attn: Legal Dept,    801 Marquette Ave,    Minneapolis, MN 55402-3475
18988187     +Td Rcs/claiborne Mensw,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
18988188     +Virtualbank,    3801 Pga Blvd,    Palm Beach Gardens, FL 33410-2758
18988155    ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
             (address filed with court: Homeq Servicing,     P.o. Box 13716,    Sacramento, CA 95853)
18988189     +Wendover Fin Srvs Corp,    Po Box 8068,    Virginia Beach, VA 23450-8068
18988190     +Wfnnb/dress Barn,    Attention: Bankruptcy,    P.O. Box 182685,    Columbus, OH 43218-2685
18988191     +Wfnnb/express,    Attention: Bankruptcy,    Po Box 182685,    Columbus, OH 43218-2685
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18988122     +E-mail/Text: collectionsgroup@centralcu.net Feb 08 2013 03:09:12      Central Credit Un Of I,
               1001 Mannheim Rd,   Bellwood, IL 60104-2391
18988132     +E-mail/Text: bk@concordservicing.com Feb 08 2013 01:50:21      Concord Svc,
               4725 N. Scottsdale Road,    Ste 300,    Scottsdale, AZ 85251-7629
18988136     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 08 2013 01:57:20      Discover Fin,
               Attention:  Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
19366646      E-mail/PDF: rmscedi@recoverycorp.com Feb 08 2013 01:56:41      GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0752-1           User: bchavez              Page 2 of 4                   Date Rcvd: Feb 07, 2013
                               Form ID: pdf006            Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
18988140      +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2013 02:02:33      Gecrb/walmart,   Po Box 981400,
               El Paso, TX 79998-1400
18988143      +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2013 02:02:05      Gemb/JC Penny,
               Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
18988141      +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2013 02:02:33      Gemb/bargin Outlet,
               Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
18988142      +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2013 01:57:27      Gemb/home Design,
               Attn: bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
18988147      +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2013 01:57:15      Gemb/meijer Dc,   Attn: GEMB,
               Po Box 103104,   Roswell, GA 30076-9104
18988148      +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2013 01:59:08      Gemb/sams Club Dc,   Gemb Finance,
               Po Box 103104,   Roswell, GA 30076-9104
18988149      +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2013 01:57:14      Gemb/walmart Dc,   Walmart/GEMB,
               Po Box 103104,   Roswell, GA 30076-9104
18988165      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 08 2013 01:44:57      Kohls/capone,   Po Box 3115,
               Milwaukee, WI 53201-3115
19927738       E-mail/PDF: rmscedi@recoverycorp.com Feb 08 2013 02:02:18
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
18988176      +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2013 02:02:06      Sams Club / GEMB,
               Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18988169       Medical,   Fact Act,   Suppression
18988112*     +Bank Of America,   Po Box 982238,   El Paso, TX 79998-2238
18988113*     +Bank Of America,   Po Box 982238,   El Paso, TX 79998-2238
18988117*     +Bank Of America, N.a.,   450 American St,   Simi Valley, CA 93065-6285
18988118*     +Bank Of America, N.a.,   450 American St,   Simi Valley, CA 93065-6285
18988116*     +Bank Of America, N.a.,   450 American St,   Simi Valley, CA 93065-6285
18988127*     +Chela/Sallie Mae,   Attn: Claims Department,   Po Box 9500,   Wilkes-Barre, PA 18773-9500
18988130*     +Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,   Po Box 20363,
               Kansas City, MO 64195-0363
18988133*     +Concord Svc,   4725 N. Scottsdale Road,   Ste 300,   Scottsdale, AZ 85251-7629
18988138*     +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
18988144*     +Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
18988145*     +Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
18988146*     +Gemb/JC Penny,   Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
18988157*     +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
18988166*     +Kohls/capone,   Po Box 3115,   Milwaukee, WI 53201-3115
18988168*     +Lasale Nt Bk/Bank of America,   Attn: Bankruptcy,   135 S. Lasalle St,   Chicago, IL 60603-4177
18988177*     +Sams Club / GEMB,   Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
18988181*      Sears/cbna,   133200 Smith Rd,   Cleveland, OH 44130
18988179*     +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
18988186*     +Tcf Mortgage Corporati,   Attn: Legal Dept,   801 Marquette Ave,   Minneapolis, MN 55402-3475
18988175    ##+Rena Ware Internationa,   8383 158th Ave Ne,   Redmond, WA 98052-3993
                                                                                  TOTALS: 1, * 19, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: bchavez              Page 3 of 4            Date Rcvd: Feb 07, 2013
                              Form ID: pdf006            Total Noticed: 66
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2013**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: bchavez              Page 4 of 4              Date Rcvd: Feb 07, 2013
                              Form ID: pdf006            Total Noticed: 66
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2013 at the address(es) listed below:

          Albert E Xiques    on behalf of Debtor Thomas   Delgado-Rivera aexlaw2856@yahoo.com
          Albert E Xiques    on behalf of Joint Debtor Jovita   Delgado-Rivera aexlaw2856@yahoo.com
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
          il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
          il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                       TOTAL: 5