UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-22474-CAD |
| | § | |
| THOMAS DELGADO-RIVERA | § | |
| JOVITA DELGADO-RIVERA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $119,900.00 | Assets Exempt: | $43,100.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,990.33 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $2,202.13 | | |

3) Total gross receipts of $5,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $807.54 (see **Exhibit 2**), yielded net receipts of $4,192.46 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $173,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $2,202.13 | $2,202.13 | $2,202.13 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $35,820.00 | $1,987.79 | $1,987.79 | $1,990.33 |
| **Total Disbursements** | $208,820.00 | $4,189.92 | $4,189.92 | $4,192.46 |

4). This case was originally filed under chapter 7 on 06/01/2012. The case was pending for 16 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2013     By:  /s/ David P. Leibowitz
                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| One 2006 Nissan Murano automobile | 1129-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| DELGADO-RIVERA, THOMAS AND DELGADO-RIVERA, JOVITA | Surplus Funds | 8200-002 | $807.54 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$807.54** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America/ Countrywide | 4110-000 | $162,000.00 | NA | $0.00 | $0.00 |
| | Concord Svc | 4110-000 | $0.00 | NA | $0.00 | $0.00 |
| | Geo Holiday Club | 4110-000 | $11,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$173,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,048.11 | $1,048.11 | $1,048.11 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $1.55 | $1.55 | $1.55 |
| Green Bank | 2600-000 | NA | $24.67 | $24.67 | $24.67 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,087.50 | $1,087.50 | $1,087.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $40.30 | $40.30 | $40.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$2,202.13** | **$2,202.13** | **$2,202.13** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GE Capital Retail Bank/JCPENNEY Credit | 7100-900 | $250.00 | $200.82 | $200.82 | $200.82 |
| 2 | GE Capital Retail Bank/ Home Design - Furniture | 7100-900 | $1,970.00 | $1,786.97 | $1,786.97 | $1,786.97 |
| | GE Capital Retail Bank/ Home Design - Furniture | 7990-000 | $0.00 | $0.00 | $0.00 | $2.28 |
| | GE Capital Retail Bank/JCPENNEY Credit | 7990-000 | $0.00 | $0.00 | $0.00 | $0.26 |
| | American Home Mtg Srv | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Amex Dsnb | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Bank Of America | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Bank Of America | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Bank Of America | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Bank Of America, N.a. | 7100-000 | $21,228.00 | NA | NA | $0.00 |
| | Bank Of America, N.a. | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Bank Of America, N.a. | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Bank Of America, N.a. | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Best Buy/HSBC Retail Services | 7100-000 | $700.00 | NA | NA | $0.00 |
| | Carson Pirie Scott | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Central Credit Un Of I | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Chase - Cc | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Chase Bank Usa, Na | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Chela/Sallie Mae | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Chela/Sallie Mae | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Childrens Place/Citicorp | 7100-000 | $0.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Credit | | | | | |
| Citibank Usa | 7100-000 | $72.00 | NA | NA | $0.00 |
| Citibank Usa | 7100-000 | $0.00 | NA | NA | $0.00 |
| Codilis & Associates | 7100-000 | $0.00 | NA | NA | $0.00 |
| Concord Svc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Discover Fin | 7100-000 | $0.00 | NA | NA | $0.00 |
| Dsnb Macys | 7100-000 | $2.00 | NA | NA | $0.00 |
| Dsnb Macys | 7100-000 | $0.00 | NA | NA | $0.00 |
| Equiant Financial Svcs | 7100-000 | $11,059.00 | NA | NA | $0.00 |
| Gecrb/walmart | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/bargin Outlet | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/JC Penny | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/JC Penny | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/JC Penny | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/meijer Dc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/sams Club Dc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/walmart Dc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gmac Mortgage | 7100-000 | $0.00 | NA | NA | $0.00 |
| Home Depot Credit Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| Homeq Servicing | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc Bank | 7100-000 | $19.00 | NA | NA | $0.00 |
| Hsbc Bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc/bsbuy | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc/bsbuy | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc/carsn | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc/Menards | 7100-000 | $441.00 | NA | NA | $0.00 |
| Hsbc/vlcty | 7100-000 | $0.00 | NA | NA | $0.00 |
| Indymac Bank/Onewest bank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Kohls/capone | 7100-000 | $0.00 | NA | NA | $0.00 |
| Kohls/capone | 7100-000 | $0.00 | NA | NA | $0.00 |
| Lasale Nt Bk/Bank of America | 7100-000 | $0.00 | NA | NA | $0.00 |
| Lasale Nt Bk/Bank of America | 7100-000 | $0.00 | NA | NA | $0.00 |
| Medical | 7100-000 | $0.00 | NA | NA | $0.00 |
| Nbgl Carsons | 7100-000 | $0.00 | NA | NA | $0.00 |
| New Century | 7100-000 | $0.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Mortgage C/Carrington | | | | | |
| Nissan Motor Acceptanc | 7100-000 | $0.00 | NA | NA | $0.00 |
| Nissn Inf Lt | 7100-000 | $0.00 | NA | NA | $0.00 |
| Pnc Mortgage | 7100-000 | $0.00 | NA | NA | $0.00 |
| Rena Ware Internationa | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sams Club / GEMB | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sams Club / GEMB | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sears/cbna | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sears/cbna | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sears/cbna | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sears/cbna | 7100-000 | $0.00 | NA | NA | $0.00 |
| State Collection Servi | 7100-000 | $79.00 | NA | NA | $0.00 |
| State Farm Financial S | 7100-000 | $0.00 | NA | NA | $0.00 |
| Target Credit Card (TC) | 7100-000 | $0.00 | NA | NA | $0.00 |
| Tcf Mortgage Corporati | 7100-000 | $0.00 | NA | NA | $0.00 |
| Tcf Mortgage Corporati | 7100-000 | $0.00 | NA | NA | $0.00 |
| Td Rcs/claiborne Mensw | 7100-000 | $0.00 | NA | NA | $0.00 |
| Virtualbank | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wendover Fin Srvs Corp | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wfnnb/dress Barn | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wfnnb/express | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $35,820.00 | $1,987.79 | $1,987.79 | $1,990.33 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 12-22474-CAD | |
| **Case Name:** | DELGADO-RIVERA, THOMAS AND DELGADO-RIVERA, JOVI | |
| **For the Period Ending:** | 10/14/2013 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 06/01/2012 (f) |
| **§341(a) Meeting Date:** | 08/07/2012 |
| **Claims Bar Date:** | 11/23/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  One two unit building located at 1630 N. 32nd Avenue, Melrose Park, Il 60160 | $146,000.00 | $0.00 | | $0.00 | FA |
| 2  One time share at GeoHoliday Club, C/o Starpoint Resort Group, PO Box 4184, Stateline, NV 89104 | $0.00 | $0.00 | | $0.00 | FA |
| 3  One time share c/o Concord Servicing Corp. 4725 N. Scottsdale Road, Ste 300, Scottsdal;e AZ 85251 | $0.00 | $0.00 | | $0.00 | FA |
| 4  Cash at debtor's residence | $50.00 | $0.00 | | $0.00 | FA |
| 5  One checking account located at , Chicago, Illinois, acc. no. 3842 | $2,500.00 | $0.00 | | $0.00 | FA |
| 6  One checking account located at , Chicago, Illinois, acc. no. 3627 | $200.00 | $200.00 | | $0.00 | FA |
| 7  One living room set, one dining room set, one TV and other small pieces of furniture and appliances | $300.00 | $0.00 | | $0.00 | FA |
| 8  Miscellaneous articles of clothing and personal effects | $450.00 | $0.00 | | $0.00 | FA |
| 9  One 2006 Nissan Murano automobile | $8,500.00 | $3,700.00 | | $5,000.00 | FA |
| 10  Balance of Equity in one 2006 Nissan Murano automobile | $3,700.00 | $0.00 | | $0.00 | FA |
| 11  One 1989 Ford Ram Pick-up Truck | $1,300.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                               **Gross Value of Remaining Assets**
$163,000.00         $3,900.00                                                                   $5,000.00                $0.00

**Major Activities affecting case closing:**

10/10/2012    Review Claims and Prepare TFR
01/08/2013    TFR completed.
01/11/2013    TFR Completed Sent to UST Office for review and approval.

**Initial Projected Date Of Final Report (TFR):**   12/31/2012                    /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**                                  DAVID LEIBOWITZ

**FORM 2**

Page No: 1

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-22474-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DELGADO-RIVERA, THOMAS AND DELGADO-RIVERA, JOVITA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5014 | | Checking Acct #: | ******7401 |
| Co-Debtor Taxpayer ID #: | ******5015 | | Account Title: | |
| For Period Beginning: | 6/1/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/29/2012 | (9) | Enrique Delgado | Payment of equity on Vehicle | 1129-000 | $5,000.00 | | $5,000.00 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.30 | $4,998.70 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.02 | $4,991.68 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.05 | $4,983.63 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.30 | $4,975.33 |
| 03/07/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,048.11 | $3,927.22 |
| 03/07/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $1.55 | $3,925.67 |
| 03/07/2013 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 1,087.50; Amount Allowed: 1,087.50; Distribution Dividend: 100.00; | 3110-000 | | $1,087.50 | $2,838.17 |
| 03/07/2013 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 40.30; Amount Allowed: 40.30; Distribution Dividend: 100.00; | 3120-000 | | $40.30 | $2,797.87 |
| 03/07/2013 | 3005 | GE Capital Retail Bank/JCPENNEY Credit | Claim #: 1; Amount Claimed: 200.82; Amount Allowed: 200.82; Distribution Dividend: 100.00; | * | | $201.08 | $2,596.79 |
| | | | Claim Amount           $(200.82) | 7100-900 | | | $2,596.79 |
| | | | Interest               $(0.26) | 7990-000 | | | $2,596.79 |
| 03/07/2013 | 3006 | GE Capital Retail Bank/ Home Design - Furniture | Claim #: 2; Amount Claimed: 1,786.97; Amount Allowed: 1,786.97; Distribution Dividend: 100.00; | * | | $1,789.25 | $807.54 |
| | | | Claim Amount           $(1,786.97) | 7100-900 | | | $807.54 |
| | | | Interest               $(2.28) | 7990-000 | | | $807.54 |
| 03/07/2013 | 3007 | DELGADO-RIVERA, THOMAS AND | Claim #: ; Amount Claimed: 807.54; Amount Allowed: 807.54; Distribution Dividend: 100.00; | 8200-002 | | $807.54 | $0.00 |
| | | | **TOTALS:** | | $5,000.00 | $5,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,000.00 | $5,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $807.54 | |
| | | | **Net** | | $5,000.00 | $4,192.46 | |

For the period of  6/1/2012 to 10/14/2013

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,192.46 |
| Total Non-Compensable Disbursements: | $807.54 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 08/29/2012 to 10/14/2013

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,192.46 |
| Total Non-Compensable Disbursements: | $807.54 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-22474-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DELGADO-RIVERA, THOMAS AND DELGADO-RIVERA, JOVITA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5014 | Checking Acct #: | ******7401 |
| Co-Debtor Taxpayer ID #: | ******5015 | Account Title: | |
| For Period Beginning: | 6/1/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $5,000.00 | $5,000.00 | $0.00 |

**For the period of 6/1/2012 to 10/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $4,192.46 |
| Total Non-Compensable Disbursements: | $807.54 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/01/2012 to 10/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $4,192.46 |
| Total Non-Compensable Disbursements: | $807.54 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ